the Municipal Planning Code, 53 P.S. § 10910.2(a)(1)–(5)?

*AFL–CIO, et al. v. Commonwealth et al.,* —— Pa. ——, 757 A.2d 917 (1998).

Raymond LONASCO and
Ann Lonasco, h/w

v.

A–BEST PRODUCTS CO., A.P. Green Industries, Inc., a/k/a A.P. Green Refractories, Co., a/k/a A.P. Green Services, Inc., A.W. Chesterton, Inc., A.C. and S. Inc., Airco Welders Supply, Anchor Packing Company, Argo Asbestos Rubber, Armstrong World Industries, Inc., Asbestospray Corporation, Bevco Industries, DAR Industrial Products, Inc., Fibreboard Corporation, Flexitallic Gasket Co., Flintkote Co., Foster Wheeler Corporation, GAF Corporation, Garlock Inc., General Electric Company, George V. Hamilton, Inc., Georgia–Pacific Corporation, Gibson–Homans, Gould, Inc., Keene Corporation, Melrath Gasket, Inc., National Gypsum Company, Nosroc Corporation, Okonite, Owens–Corning Fiberglas Corp., Owens–Illinois, Inc., Pittsburgh–Corning Corp., Rhone–Poulenc AG, T & N PLC, U.S. Gypsum Co., Uniroyal, Inc., Westinghouse Electric Corp., Sepco Corp.

Appeal of Garlock, Inc. (at Nos. 2954, 3309 PHL 1998).

Raymond Lonasco and
Ann Lonasco, h/w

v.

A–Best Products Co., A.P. Green Industries, Inc., a/k/a A.P. Green Refractories, Co., A.P. Green Services, Inc., A.W. Chesterton, Inc., A.C. and S. Inc., Airco Welders Supply, Anchor Packing Company, Argo Asbestos Rubber, Armstrong World Industries, Inc., Asbestospray Corporation, Bevco Indus-

COMMON CAUSE/PENNSYLVANIA and Citizens Against New Toll Roads and Community Environmental Legal Defense Fund and Zero Population Growth, Inc., Appellants (At 61/98),

v.

COMMONWEALTH of Pennsylvania and Thomas J. Ridge, Governor and Robert A. Judge, Sr., Secretary of Revenue and Bradley L. Mallory, Secretary of Transportation, Appellees.

Senator Robert C. Jubelirer and Representative Matthew J. Ryan, Intervenors (Appeal of At 63/98).

Supreme Court of Pennsylvania.

Aug. 30, 2000.

***ORDER***

PER CURIAM:

AND NOW, this 30th day of August, 2000 the Order of the Commonwealth Court is hereby affirmed. *Pennsylvania*